UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br><br>Plaintiff<br><br>v.<br><br>RAMONITA ENCHAUTEGUI ROMAN<br>a/k/a RAMONITA INCHAUTEGUI<br>ROMAN<br><br>Defendant | CIVIL NO.  97-1548(HL)<br><br>FORECLOSURE OF MORTGAGE |

### MOTION TO VACATE ASIDE JUDGMENT AS TO CO-DEFENDANT ANTONIO E. RAMOS GONZALEZ

TO THE HONORABLE COURT:

COMES NOW plaintiff, United States of America, through its undersigned attorneys, and respectfully alleges and prays as follows:

1. On July 16, 1997 this Honorable Court entered judgment against co-defendants Ramonita Enchautegui Roman and Antonio Enrique Ramos Gonzalez.

2. That the agency has released co-defendant Antonio Enrique Ramos Gonzalez from personal liability for the indebtedness and obligation of the instant case. Copy of document titled Release from Personal Liability is attached hereto as Annex "A".

3. Therefore, plaintiff respectfully requests that the judgment entered against co-defendant Antonio Enrique Ramos Gonzalez be vacated.

U.S.A. v Ramonita Enchautegui Roman
Civil no. 97-1548 (HL)
page 2

WHEREFORE, the United States of America respectfully requests from this Honorable Court to vacate the judgment entered on July 16, 1997 against co-defendant Antonio Enrique Ramos Gonzalez only.

In San Juan, Puerto Rico, this 15th day of December, 2004.

H.S. GARCIA
United States Attorney

S/LISA E. BHATIA GAUTIER
LISA E. BHATIA GAUTIER
Assistant U.S. Attorney
U.S.D.C. NO. 206014
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 766-6219
Lisa.bhatia@usdoj.gov