Form RD 3550-16
(10-96)

2/12/02
Mail to VSFO

## UNITED STATES DEPARTMENT OF AGRICULTURE
## RURAL HOUSING SERVICE

# RELEASE FROM PERSONAL LIABILITY

The United States of America, acting through the Rural Housing Service (RHS), United States Department of Agriculture (Government), is the owner and holder of a promissory note or assumption agreement further identified as follows

| PART I | | | | |
|---|---|---|---|---|
| Instrument | Date | Original Principal | Executed By | *Unpaid Principal |
| Real Estate Mortgage | 03-11-83 | $37,300 00 | USDA-FmHA | $26 007 65 |
| Promissory Note | 03-11-83 | $37,300 00 | USDA-FmHA | $26 007 65 |

| *Unpaid Interest | Advances | Fees | Interest Rate | Current Outstanding Balance |
|---|---|---|---|---|
| -1,088 39 | -0- | -0- | 10 75% | |
| -1 088 39 | -0- | -0- | 10 75% | $24 919 26 |
| | | | | $24 919 26 |

The RHS releases _____Antonio E Ramos Gonzalez_____ from personal liability to the Government for the indebtedness and obligation of the above referenced notes This action does not in any manner modify or impair the enforceability of the above referenced notes or any security instruments against any other party or the secured property

This release from liability from RHS may result in a tax liability Any questions regarding possible tax liability should be directed to a tax advisor

This release is effective _____January 16, 2002_____

| PART II - TRANSFER NOT RESULTING IN FULL PAYMENT OF INDEBTEDNESS |
|---|

_____N/A_____ , called Transferor, has with the consent of the Government, transferred, by an assumption agreement, the property securing the above instrument

However, the amount assumed, $ _____N/A_____ , was less than the balance Transferor owed to the Government By this instrument, the Government hereby releases Transferor from personal liability only for the amount assumed

_James Rivas_
RHS Official *(Signature)*

Community Development Manager
*(Title)*

* U S GPO 1996-578-537

Annex "A"