UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Rural Development)<br><br>Plaintiff<br><br>v.<br><br>RAMONITA ENCHAUTEGUI ROMAN a/k/a RAMONITA INCHAUTEGUI ROMAN<br><br>Defendant | CIVIL NO. 97-1548(HL)<br><br>FORECLOSURE OF MORTGAGE |

### U.S.A'S MOTION REQUESTING CONTINUATION OF FORECLOSURE

TO THE HONORABLE COURT:

COMES NOW the United States of America, through its undersigned attorneys, and most respectfully notifies this Honorable Court as follows:

1. The instant case was stayed due to the fact that defendant Ramonita Enchautegui Román had filed bankruptcy case number B98-02774 (SEK).

2. The United States of America informs this Honorable Court that on June 12, 2000 the Bankruptcy Court dismissed the case. Copy of Order dated June 12, 2000 is hereby attached as Annex "A".

3. In view of the above the United States of America wishes to continue with foreclosure proceedings in this case.

USA v. Ramonita Enchautegui Román
Civil No. 97-1548 (HL)
Page 2


WHEREFORE, the United States of America, respectfully prays this Honorable Court to allow plaintiff's with the continuation of the foreclosure proceedings in the instant case, and requests the issuance of an Order and a new Writ of Execution of Judgment.

In San Juan, Puerto Rico, this 20th day of December, 2004.

H. S. GARCIA
United States Attorney

s/ LISA E. BHATIA GAUTIER
LISA E. BHATIA GAUTIER
Assistant U.S. Attorney
U.S.D.C. No. 206014
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. 766-5656
Fax. 766-6219
lisa.bhatia@usdoj.gov