IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ENCHAUTEGUI ROMAN, RAMONITA

CASE NO. 98-02774 SEK

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

Chapter 13

**FILED & ENTERED**
**JUN 12 2000**
CLERK
U. S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

Debtor(s)

ORDER

For the reasons stated in Chapter 13 Trustee's Motion to Dismiss filed on May 1, 2000, which has not been opposed, this case is hereby dismissed. All pending matters are moot.

The Chapter 13 Trustee will file a final report and account in a dismissed case within twenty days.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

San Juan, Puerto Rico, this 12th day of June, 2000.

SARA DE JESUS
U. S. Bankruptcy Judge

THE CHAPTER 13 TRUSTEE SHALL GIVE
NOTICE TO ALL PARTIES IN INTEREST.
SEE GENERAL ORDER 94-8.

By: Allysan McGuire Gonzalez
    Deputy Clerk

COPY SENT TO TRUSTEE
ON JUN 12 2000

Carrion. Annex "A"