IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>Plaintiff<br><br>vs.<br><br>RAMONITA ENCHAUTEGUI ROMAN<br>a/k/a RAMONITA INCHAUTEGUI<br>ROMAN<br><br>Defendant | CIVIL NO. 97-1548(HL)<br><br>FORECLOSURE OF MORTGAGE |

<u>MOTION</u>

TO THE HONORABLE COURT:

COMES NOW plaintiff, United States of America, through its undersigned attorneys, and respectfully alleges and prays as follows:

1. On January 4, 2005 this Honorable Court granted plaintiff's Motion Requesting the Continuation of Foreclosure proceedings.

2. In order to provide the Court with an original stamped Order for Execution of Judgment, plaintiff requested the case from Federal Records Center.

3. Due to the fact that a stamped copy of the Order could not be found, and that the Clerk's Office returned the file to Federal Records Center, plaintiff requests the issuance of a New Order and

U.S.A. v Ramonita Enchautegui Roman
Civil No. 97-1548(HL)
Page No. 2

Writ of Execution of Judgment, copy of the proposed Order and Writ are hereby attached.

WHEREFORE, the United States of America respectfully requests from this Honorable Court to grant the issuance of the Order and Writ as requested.

In San Juan, Puerto Rico, this 21st day of December , 2005.

H.S.GARCIA
United States Attorney

S/ LISA E. BHATIA GAUTIER
LISA E. BHATIA GAUTIER
Assistant U.S. Attorney
U.S.D.C.No. 206014
Torre Chardón Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 766-6219
Lisa.bhatia@usdoj.gov