UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)

Plaintiff

v.

RAMONITA ENCHAUTEGUI ROMAN A/K/A
RAMONA INCHAUTEGUI ROMAN

Defendant

Civil No. 97-1548(HL)

FORECLOSURE OF MORTGAGE

**NEW WRIT OF EXECUTION OF JUDGMENT**

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREETINGS:

WHEREAS, the Honorable _____ , United

States District Judge, has issued an order in this case dated

_____ which copied literally, reads as follows:

ORDER FOR EXECUTION OF JUDGMENT

Upon motion filed by plaintiff herein, and it appearing from
the records of this Court in the above mentioned case that the
defendant referred to in the judgment entered by this Court were
duly summoned and said defendant has failed to pay to the plaintiff
the sums of money adjudged to be paid under said judgment:

And it appearing further that more than ten (10) days have
elapsed from the entry of Judgment:

NOW, THEREFORE, the Court hereby orders the United States
Marshal for this District to proceed forthwith and to sell at
public auction to the highest bidder, the property referred to in
said judgment and described herein below in the manner and form
provided in said judgment and as herein further provided:

United States v. Ramonita Enchautegui Román
Civil No. 97-1548(HL)
Page 2

SOLAR radicado en la URBANIZACION LA ARBOLEDA, situada en el Barrio Pueblo, del término municipal de Salinas, Puerto Rico, que se describe en el plano de inscripción de la urbanización con el número, área y colindancias que se relacionan a continuación:

SOLAR NUMERO:  DOSCIENTOS VEINTE (220)

AREA DEL SOLAR:  TRESCIENTOS VEINTINUEVE PUNTO CINCUENTA Y NUEVE METROS CUADRADOS (329.59 m/c)

EN LINDES:  Por el NORTE, en veintitres (23.00) metros con el solar Doscientos veintiuno (221) de esta urbanización; por el SUR, en veintitres (23.00) metros con el solar Doscientos diecinueve (219) de esta urbanización; por el ESTE, en Catorce punto Treinta y tres (14.33) metros, con los solares Doscientos treinta y cuatro (234) y Doscientos treinta y cinco (235) de esta urbanización; por el OESTE, en Catorce punto Treinta y tres (14.33) metros con la Calle Veinticuatro (24) de esta urbanización.

El inmueble antes descrito contiene una casa de vivienda de hormigón y bloques de hormigón de una sola planta con marquesina y balcón modelo sencillo construído de acuerdo con los planos y especificaciones aprobados por la Administración de Hogares de Agricultores del Departamento de Agricultura Federal, otras agencias gubernamentales y el COMPRADOR.

Plaintiff's mortgage is recorded at page 21 of volume 171 of Salinas, property 6217, 1st inscription at the Property Registry of Guayama, Puerto Rico.

a) Said public sale shall be held at the office of the Marshal for Superior Court of Puerto Rico, Guayama Part, in accordance with 28 U.S.C. 2001.

b) Notice of Sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper of general circulation in accordance with 28 U.S.C. 2002.

United States v. Ramonita Enchautegui Román
Civil No. 97-1548(HL)
Page 3


        c) The amount of $37,300.00 shall serve as the minimum
bid for the first public sale.  Should the first public sale fail
to procure an award or adjudication, two-thirds of the
aforementioned amount shall serve as the minimum bid for the second
sale.  Should there be no award or adjudication at the second
public sale, the basis for the third sale shall be one-half of the
amount specified as the minimum bid for the first public sale.
Should there be no award or adjudication in this public sale the
same may be awarded to the creditor for the amount of the debt if
this is equal to or less than the amount of the minimum bid of the
third auction, and crediting this amount to the amount owed if it
is more.

        d) The United States Marshal shall not accept in payment
of the property to be sold anything but United States currency or
certified checks in his name, except in case the property is sold
and adjudicated to the plaintiff, in which case the amount of the
bid made by said plaintiff shall be credited and deducted from its
credit; said plaintiff being bound to pay in cash or certified
check only any excess of its bid over the secured indebtedness when
remaining unsatisfied.

        e) All junior lienholders shall pay in cash or in
certified check the total amount of previous liens, and any sum in
excess of said previous liens shall be credited to their respective
liens.

        f) The United States Marshal may, either personally or by
some person designated by him to act in his name and his authority,
adjourn the sale from time to time, without further publication,
but only by order of this Court.

        g) Upon the confirmation of said sale by this Court the
United States Marshal shall execute and deliver a deed of
conveyance of the property sold to the purchaser thereof.

        h) The purchaser shall be entitled to the delivery of the
property sold and its physical possession and the United States
Marshal may deliver said possession through the eviction of the
occupant of the property without the need of any further order, in
accordance with law.

United States v. Ramonita Enchautegui Román
Civil No. 97-1548(HL)
Page 4

        i)  The Property Registrar of the corresponding Property Registry of Puerto Rico shall proceed to the recording of the judicial sale deed in favor of the purchaser, free of any liens subsequent to the date of the execution of the foreclosed mortgage.

        SO ORDERED at San Juan, Puerto Rico, this \_\_\_\_\_ day of _____ , 2005.

                          _____

                          United States District Judge

        THEREFORE, you as said Marshal of the United States District Court for the District of Puerto Rico are hereby ordered to proceed by virtue of this Writ of Execution and in compliance with the order copied above, according to law, in order to execute the judgment entered in this case against the defendant.

        San Juan, Puerto Rico, this \_\_\_\_\_ day of _____, 2005.

                        FRANCES RIOS DE MORAN, Clerk
                        United States District Court
                        For The District Of Puerto Rico

          By:   _____
                        Deputy Clerk