UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development )<br><br>Plaintiff<br><br>v.<br><br>RAMONITA ENCHAUTEGUI ROMAN a/k/a<br>RAMONITA INCHAUTEGUI ROMAN<br><br>Defendant | CIVIL NO. 97-1548(HL)<br><br>FORECLOSURE OF MORTGAGE |

WRIT OF EXECUTION OF JUDGMENT

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREETINGS:

WHEREAS, the Honorable ___Hector M. Laffitte___ United States District Judge, has issued a new order in this case dated ___March 17, 2006___ which copied literally, reads as follows:

"NEW ORDER FOR EXECUTION OF JUDGMENT

Upon motion filed by plaintiff herein, and it appearing from the records of this Court in the above mentioned case that the defendant referred to in the judgment entered by this Court was duly summoned and said defendant has failed to pay to the plaintiff the sums of money adjudged to be paid under said judgment:

And it appearing further that more than ten (10) days have elapsed from the entry of Judgment:

NOW, THEREFORE, the Court hereby orders the United States Marshal for this District to proceed forthwith and to sell at public auction to the highest bidder, the property referred to in said judgment and described herein below in the manner and form provided in said judgment and as herein further provided:

USA v. Ramonita Enchautegui Roman
Civil No. 97-1548(HL)
Page 2

>"URBANA: Solar radicado en la URBANIZACION LA ARBOLEDA, situada en el Barrio Pueblo, del término municipal de Salinas, Puerto Rico, que se describe en el plano de inscripción de la urbanización con el número, área y colindancias que se relacionan a continuación:
>
>SOLAR NUMERO: DOSCIENTOS VEINTE (20)
>
>AREA DEL SOLAR: TRESCIENTOS VEINTINUEVE PUNTO CINCUENTA Y NUEVE METROS CUADRADOS (329.59 m/c)
>
>EN LINDES: Por el NORTE, en veintitrés (23.00) metros con el solar Doscientos veintiuno (221) de esta urbanización; por el SUR, en veintitres (23.00) metros con el solar Doscientos diecinueve (219) de esta urbanización; por el ESTE, en Catorce punto Treinta y tres (14.33) metros, con los solares Doscientos treinta y cuatro (234) y Doscientos treinta y cinco (235) de esta urbanización; por el OESTE, en Catorce punto Treinta y tres (14.33) metros con la Calle Veinticuatro (24) de esta urbanización.
>
>El inmueble antes descrito contiene una casa de vivienda de hormigón y bloques de hormigón de una sola planta con marquesina y balcón modelo sencillo construido de acuerdo con los planos y especificaciones aprobados por la Administración de Hogares de Agricultores del Departamento de Agricultura Federal, otras agencias gubernamentales y el COMPRADOR".

Plaintiff's mortgage was recorded at page 21 of volume 171 of Salinas, property 6217, first inscription, at the Property Registry of Guayama, Puerto Rico.

    a) Said public sale shall be had at the office of the Marshal for Superior Court of Puerto Rico, Guayama Part, in accordance with 28 U.S.C. 2001.

USA v. Ramonita Enchautegui Roman
Civil No. 97-1548(HL)
Page 3

       b) Notice of Sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper of general circulation in accordance with 28 U.S.C. 2002.

       c) The amount of $37,300.00 shall serve as the minimum bid for the first public sale. Should the first public sale fail to procure an award or adjudication, two-thirds of the aforementioned amount shall serve as the minimum bid for the second sale. Should there be no award or adjudication at the second public sale, the basis for the third sale shall be one-half of the amount specified as the minimum bid for the first public sale. Should there be no award or adjudication in this public sale the same may be awarded to the creditor for the amount of the debt if this is equal to or less than the amount of the minimum bid of the third auction, and crediting this amount to the amount owed if it is more.

       d) The United States Marshal shall not accept in payment of the property to be sold anything but United States currency or certified checks in his name, except in case the property is sold and adjudicated to the plaintiff, in which case the amount of the bid made by said plaintiff shall be credited and deducted from its credit; said plaintiff being bound to pay in cash or certified check only any excess of its bid over the secured indebtedness when remaining unsatisfied.

       e) All junior lienholders shall pay in cash or in certified check the total amount of previous liens, and any sum in excess of said previous liens shall be credited to their respective liens.

       f) The United States Marshal may, either personally or by some person designated by him to act in his name and his authority, adjourn the sale from time to time, without further publication, but only by order of this Court.

       g) Upon the confirmation of said sale by this Court the United States Marshal shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

       h) The purchaser shall be entitled to the delivery of the property sold and its physical possession and the United States Marshal may deliver said possession through the eviction of the occupant of the property without the need of any further order, in accordance with law.

USA v. Ramonita Enchautegui Roman
Civil No. 97-1548(HL)
Page 4


      i) The Property Registrar of the corresponding Property Registry of Puerto Rico shall proceed to the recording of the judicial sale deed in favor of the purchaser, free of any liens subsequent to the date of the execution of the foreclosed mortgage.

    SO ORDERED at San Juan, this 17th day of March, 2006.

                        /s/ Hector M. Laffitte
                        UNITED STATES DISTRICT JUDGE"


    THEREFORE, you as said Marshal of the United States District Court for the District of Puerto Rico are hereby ordered to proceed by virtue of this Writ of Execution and in compliance with the order copied above, according to law, in order to execute the judgment entered in this case against the defendant.

    In San Juan, Puerto Rico, this 30th day of March, 2006.

                        FRANCES RIOS DE MORAN, Clerk
                        United States District Court
                        For The District of Puerto Rico
                        By: _____
                              Deputy Clerk