UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>    Plaintiff<br><br>       v.<br><br>RAMONITA ENCHAUTEGUI ROMAN a/k/a<br>RAMONITA INCHAUTEGUI ROMAN<br>    Defendant | CIVIL NO. 97-1548(HL)<br><br>FORECLOSURE OF MORTGAGE |

## MOTION TO SET ASIDE FUTURE SALES

TO THE HONORABLE COURT:

    COMES NOW the United States of America, through its undersigned attorneys, and most respectfully notifies this Honorable Court as follows:

    1. In the instant case, a public sale was set by the Marshal of this Court to be held on July 6, 2006 at 11:00 A.M.

    2. That today prior to the commencement of the public sale, we received notification that defendants had filed Bankruptcy proceedings, case number B06-02008(SEK).

    2. That immediately, the U.S. Marshal Service was notified and the public sale was cancelled.

    3. That there are two(2)other scheduled sales pending, scheduled for July 13, 2006 and July 20, 2006, and plaintiff requests that they be set aside.

    **WHEREFORE**, the United States of America, respectfully requests that the judicial sales scheduled for July 13, 2006 and July 20, 2006, be set aside and the U.S. Marshal be notified of this Honorable Court's Order.

United States v.Ramonita Enchautegui Roman
Civil no. 97-1548 (HL)
Page 2

I hereby certify that on 11th day of June, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system and I hereby certify that I have mailed by United states Postal Service the document to the following non CM/ECF participants: Ramonita Enchautegui Roman, Urb. Arboleda 220 Street 24, Salinas, Puerto Rico 00751 and to Carlos Francisco Garcia Enchautegui, Esq. Calle Hostos No. 41 Norte, Guayama, Puerto Rico 00784.

In San Juan, Puerto Rico, this 11th day of July, 2006.

                    ROSA EMILIA RODRÍGUEZ-VELEZ
                    United States Attorney


                    s/LISA E. BHATIA GAUTIER
                    LISA E. BHATIA GAUTIER - USDC 206014
                    Assistant U.S. Attorney
                    Torre Chardón Suite 1201
                    350 Carlos Chardon Street
                    San Juan, Puerto Rico 00918
                    Tel. (787) 766-5656
                    Fax. (787) 766-6219
                    Lisa.Bhatia@usdoj.gov